UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL D. CASTRO,

    Plaintiff,

vs.

TRI MARINE FISH COMPANY, LLC, et al.,

    Defendants.

NO. C17-8RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

Judge Lasnik recuses himself in the above entitled action and this case is reassigned in rotation to the Honorable John C. Coughenour. The cause number in this case is changed to **C17-8JCC** which reflects the initial of the Judge to which this case was reassigned.

DATED this 4th day of March, 2019.

                                        s/Kerry Simonds
                                        by Kerry Simonds, Deputy Clerk
                                        To Robert S. Lasnik, Judge
                                        206-370-8519

MINUTE ORDER