THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL D. CASTRO,

          Plaintiff,

    v.

TRI MARINE FISH COMPANY, LLC,

          Defendant.

CASE NO. C17-0008-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Ninth Circuit Court of Appeals' issuance of a formal mandate in Plaintiff's appeal (Dkt. No. 46). *See Castro v. Tri Marine Fish Company*, LLC, Case No. 17-35703 (9th Cir. 2019). No later than May 17, 2019, the parties shall file a joint status report not to exceed 10 pages that apprises the Court of the following:

1.     The status of the appeal;

2.     A brief statement regarding the issues to be resolved by this Court, in light of the Ninth Circuit's opinion; and

3.     If required, a proposed briefing schedule for the Court to resolve the pending issues.

//

DATED this 9th day of May 2019.

<u>William M. McCool</u><br>
Clerk of Court<br>
<br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk

MINUTE ORDER
C17-0008-JCC
PAGE - 2