UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. CASTRO, | CASE NO. C17-0008-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRI MARINE FISH COMPANY, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 48). This case was re-assigned to the Court, following the Ninth Circuit Court of Appeals' opinion reversing and remanding the case for further proceedings. (*See* Dkt. Nos. 43, 44.) The Court ordered the parties to file a joint status report regarding the issues pending before the Court for resolution. (Dkt. No. 47.) In their joint status report, the parties request a 90-day stay of proceedings to continue settlement negotiations and attend mediation. (Dkt. No. 48.)

Finding good cause, the parties' request is GRANTED. All matters in this case are STAYED until August 31, 2019. No later than that date, the parties shall file a joint status report apprising the Court of whether the stay should be extended or the Court should establish a briefing schedule. If the parties reach a final settlement prior to that date, they shall file a

1 | stipulated dismissal.

2 |     DATED this 12th day of July 2019.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk