<div style="text-align: right;">THE HONORABLE JOHN C. COUGHENOUR</div>

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL D CASTRO,<br><br>    Plaintiff,<br>  v.<br><br>TRI MARINE FISH COMPANY LLC, et al.,<br><br>    Defendants. | CASE NO. C17-0008-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report and motion to continue stay (Dkt. No. 50). Finding good cause, the Court GRANTS the parties' motion (Dkt. No. 50). All proceedings in this case are hereby STAYED until November 30, 2019. No later than that date, the parties shall file a joint status report and stipulated case management schedule proposing a new trial date and pretrial deadlines.

DATED this 9th day of September 2019.

<div style="margin-left: 50%;">
William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk
</div>