THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. CASTRO, an individual, | CASE NO. C17-0008-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRI MARINE FISH COMPANY LLC, *et al.*, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report and request to continue the stay (Dkt. No. 52). This is the parties' second request to continue the stay. (*See* Dkt. Nos. 50, 52.) Finding good cause, the Court GRANTS the parties' request to continue the stay (Dkt. No. 52). All proceedings in this case are hereby STAYED until February 14, 2020. No later than that date, the parties shall file a joint status report and stipulated case management schedule proposing a new trial date and pretrial deadlines.

DATED this 12th day of December 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C17-0008-JCC
PAGE - 1