UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. CASTRO, an individual, | CASE NO. C17-0008-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRI MARINE FISH COMPANY LLC, *et al.*, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report and request to continue the stay (Dkt. No. 54). This is the parties' third request to continue the stay. (*See* Dkt. Nos. 50, 52, 54.) Finding good cause, the Court GRANTS the parties' request to continue the stay (Dkt. No. 54). All proceedings in this case are hereby STAYED until May 30, 2020. No later than that date, the parties shall file a joint status report and stipulated case management schedule proposing a new trial date and pretrial deadlines.

DATED this 19th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
