THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. CASTRO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRI MARINE FISH COMPANY, LLC, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C17-0008-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint status report and request to continue the stay (Dkt. No. 56). This is the parties' fourth request to continue the stay. (*See* Dkt. Nos. 50, 52, 54.) The parties state that the coronavirus pandemic significantly interfered with their ability to conduct a mediation in April or May and delayed receipt of key records. (Dkt. No. 56 at 2–3.) Finding good cause, the Court GRANTS the parties' request to continue the stay (Dkt. No. 56). All proceedings in this case are hereby STAYED until July 30, 2020. No later than that date, the parties shall file a joint status report and stipulated case management schedule proposing a new trial date and pretrial deadlines.

//

//

//

//

ORDER
C17-0008-JCC
PAGE - 1

DATED this 19th day of June 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-0008-JCC
PAGE - 2