THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. CASTRO, an individual, | CASE NO. C17-0008-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRI MARINE FISH COMPANY LLC, an unknown entity, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' joint status report and request for entry of a scheduling order (Dkt. No. 58). The Court stayed the case to allow the parties to explore settlement. (*See* Dkt. Nos. 49, 51, 53, 55, 57.) The parties now propose entry of a scheduling order. (*See* Dkt. No. 58 at 3.)

Accordingly, the Court hereby LIFTS the stay and ENTERS the following scheduling order:

1. The 39.1 mediation shall be completed no later than November 16, 2020;
2. Expert disclosure (initial) is due on January 19, 2021;
3. Expert disclosure (rebuttal) is due on February 2, 2021;

MINUTE ORDER
C17-0008-JCC
PAGE - 1

4. Non-expert discovery cut-off is March 15, 2021;

5. The last day to conduct a settlement conference is March 21, 2021;

6. Expert discovery cut-off is March 30, 2021;

7. The dispositive motions deadline is April 13, 2021;

8. The proposed pretrial order is due July 1, 2021;

9. Trial briefs, proposed voir dire, and jury instructions are due July 7, 2021; and

10. The jury trial is set for July 12, 2021 at 9:30 a.m.

DATED this 12th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk