THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    MICHAEL D. CASTRO,                          CASE NO. C17-0008-JCC

10                        Plaintiff,              MINUTE ORDER

11            v.

12    TRI MARINE FISH COMPANY, LLC, *et al.*,

13                        Defendants.

14

15        The following Minute Order is made by direction of the Court, the Honorable John C.

16   Coughenour, United States District Judge:

17        This matter comes before the Court on the parties' Joint Status Report (JSR) (Dkt. No.

18   60). Beginning in July 2019, the Court granted multiple stipulated requests to stay the case for

19   the parties to explore settlement and conduct mediation. (Dkt. Nos. 49, 51, 53, 55, 57.) On July

20   30, 2020, the parties submitted a JSR stating they intended to mediate by October 30, 2020 and

21   proposing a stipulated case management schedule. (Dkt. No. 58.) The Court lifted the stay,

22   imposed a deadline of November 16, 2020 for mediation, and set a case schedule. (Dkt. No. 59.)

23   Trial is scheduled for July 12, 2021. (*Id.*)

24        On November 16, 2020, the parties filed this JSR (Dkt. No. 60). They have not mediated

25   but "are both interested in continuing settlement discussions and pursuing mediation." (Dkt. No.

26   60 at 3.) The parties apparently disagree about the parameters for mediation, and "Plaintiff

MINUTE ORDER
C17-0008-JCC
PAGE - 1

requests that this Court order the Parties to a mandatory settlement conference." (*Id.*) It appears the parties may be at an impasse and seeking Court intervention, but it is not clear what, if anything, the parties specifically want the Court to do. If a party is seeking a Court order for specific relief, the party is DIRECTED to file a motion in accordance with the Local Rules of Civil Procedure. The parties are reminded that the Court will generally not entertain a request for a judicial settlement conference until the parties have engaged in mediation. *See* W.D. Wash. Local Civ. R. 39.1(e).

DATED this 18th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C17-0008-JCC
PAGE - 2