THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. CASTRO, an individual, | CASE NO. C17-0008-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRI MARINE FISH COMPANY, LLC, an unknown entity, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial is scheduled for July 12, 2021. (Dkt. No. 59.) On July 6, 2021, Plaintiff filed a motion to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 64.) Plaintiff's motion indicates that the parties have settled the matter in its entirety but does not indicate that Plaintiff's request for relief is unopposed, nor does it include a noting date as required by Local Civil Rule 7(b)(1). (*See generally* Dkt. No. 64.)

Under Local Civil Rule 7(d)(3), motions to dismiss generally must be noted for consideration on a date no earlier than the fourth Friday after filing and service of the motion. However, unopposed motions may be noted for consideration the same day they are filed. W.D.

MINUTE ORDER
C17-0008-JCC
PAGE - 1

Wash. Local Civ. R. 7(d)(1). Here, there is no indication that the motion is unopposed, so the Court DIRECTS the Clerk to note the motion for Friday, July 30, 2021.

This order is not intended to prevent the parties from filing a stipulated notice of dismissal under Rule 41(a)(1)(A)(ii) or to prevent Plaintiff from renoting his pending motion if appropriate. *See* W.D. Wash. Local Civ. R. 7(l) (allowing a party to renote its own pending motion by filing a Notice of Motion Renoted). In light of the notice of settlement, the Court VACATES the July 12, 2021 trial date.

DATED this 7th day of July 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk