THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL D. CASTRO, an individual,

                Plaintiff,

    v.

TRI MARINE FISH COMPANY, LLC, an
unknown entity, *et al.*,

                Defendants.

CASE NO. C17-0008-JCC

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

       This matter comes before the Court on Plaintiff Michael D. Castro's unopposed motion for dismissal under Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 64). Plaintiff indicates that this matter has been settled in its entirety and requests a dismissal of all claims with prejudice and with each party to bear its own attorneys' fees and costs. (*Id.* at 2.) The Court GRANTS the motion and ORDERS that this this action is DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is DIRECTED to close this case.

//

//

//

1   DATED this 2nd day of August 2021.

2                                      Ravi Subramanian
                                       Clerk of Court

3
                                       s/Paula McNabb
4                                      Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26